# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

TODD WINTON,                                )
                                            )
        **Plaintiff,**                   )
                                            )    **Case No. 1:22-cv-256**
        v.                               )
                                            )
SAINT VINCENT HEALTH CENTER                 )
d/b/a SAINT VINCENT HOSPITAL,               )
*et al.,*                                   )
                                            )
        **Defendants.**                  )

## MEMORANDUM ORDER

Now, this 21st day of September, 2023, for the reasons set forth on the record during the

motion hearing held this same date,

IT IS ORDERED that Plaintiff's Motion to Compel Discovery, ECF No. [33], is

GRANTED in part and DENIED in part as follows:

1. the Motion is GRANTED with respect to Plaintiff's Requests for Admissions Nos. 6,
   7, 13, 17, 20, 21, 24, and 28;

2. the Motion is further GRANTED with respect to Plaintiff's Interrogatories Nos. 7, 8,
   11, and 13; and

3. the Motion is further GRANTED with respect to Plaintiff's Requests for Production
   of Documents Nos. 1, 20, and 22. As to Requests Nos. 1 and 20, Defendants shall
   produce their draft Master Service Agreement **on or before October 5, 2023** pending
   their ongoing search for the final version of the agreement. As to Request No. 22,
   Defendant shall provide responsive documentation relative to the West 23rd Street
   loading dock only.

4. In all other respects, Plaintiff's Motion to Compel is DENIED.

IT IS FURTHER ORDERED that the **deadline for discovery is extended to October 11, 2023**. The Court will address any requests for an additional discovery extension at the telephonic status conference scheduled for **October 11, 2023 at 2:30 p.m.**

SUSAN PARADISE BAXTER
United States District Judge